IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ROBERT DANE WILBURN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 9:22-CV-195-MJT-CLS |
| § | |
| LEHMAN'S PIPE AND STEEL, R.L. § | |
| LEHMAN, and HAROLD LEHMAN, § | |
| § | |
| *Defendants*. § | |

**REPORT AND RECOMMENDATION ON MOTION FOR LEAVE TO FILE INJUNCTION AND FOR PROTECTIVE ORDER (DOC. #56)**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the undersigned United States magistrate judge to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOCAL R. CV-72. Pending before the court is Plaintiff's Motion for a Protective Order and Request for Leave to File for Injunction and Protective Order. (Doc. #56.)

Plaintiff, proceeding *pro se*, filed suit on December 12, 2022, alleging claims under the Fair Labor Standards Act (FLSA) against Defendants Lehman's Pipe and Steel, R.L. Lehman, and Harold Lehman. (Doc. #1.) In his complaint (doc. #1), Plaintiff alleges that, after he returned to work following his release on bond from jail, Defendants refused to pay Plaintiff overtime. The undersigned granted Plaintiff's motion to proceed *in forma pauperis* (doc. #3) on December 21, 2022. Defendants were served on March 3, 2023 (docs. 17-19) and appeared on February 28,

2023. Lehman Pipe and Steel, R.L. Lehman and Harold Lehman are the only defendants in this case.

On May 20, 2023, Plaintiff filed the instant motion complaining about his treatment while in custody of Texas Department of Criminal Justice including allegations that his legal mail was taken and stating that unnamed relatives of the Defendants work somewhere at TDCJ. (Doc. #56.) Plaintiff's motion does not specify the relief he seeks except to request an injunction or protective order. To the extent Plaintiff has claims against TDCJ or its officials, they are not parties to this FLSA suit. As such the court does not have jurisdiction over them.

As stated above, this lawsuit asserts FLSA claims against Plaintiff's former employers. In contrast, Plaintiff's instant motion involves conditions at a TDCJ Unit. There is no indication that any named Defendant is employed with TDCJ. It therefore does not appear that any of the named Defendants could provide Plaintiff with the relief sought. A plaintiff does not have standing to pursue injunctive relief when the named defendants do not have the authority to provide the relief sought. *McCreary v. Richardson*, 738 F.3d 651, 655 (5th Cir. 2013). As Plaintiff does not assert Defendants are agents of, or employed, at TDCJ, enjoining them would have no bearing on the relief Plaintiff seeks, and this court does not have authority to issue a protective order against unnamed defendants. Additionally, Plaintiff's vague allegations regarding Defendants' relatives do not support injunctive or protective relief. His motion should therefore be denied. If Plaintiff believes he has valid claims against TDCJ or its officials, he should file a separate lawsuit against those parties.

Recommendation

The motion requesting an injunction or protective order (doc. # 56) should be denied.

<u>Objections</u>

Objections must be (1) specific, (2) in writing, and (3) served and filed within ten days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

Failure to object bars a party from (1) *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996).

**SIGNED this the 2nd day of June, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE